UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Rudkin, Scott T.

Case No.: 19-12169
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

___Daniel E. Straffi___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___May 7, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 60 Westgate Place
Manchester, NJ
FMV - +/-$ 135,000.00

Liens on property: PNC Bank - $ +/-$ 79,751.00

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $41,749.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                   Case No. 19-12169-KCF
Scott T. Rudkin                                          Chapter 7
Joanne M. Rudkin
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 03, 2019
                              Form ID: pdf905          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db/jdb         +Scott T. Rudkin,    Joanne M. Rudkin,    60 Westgate Place,    Manchester, NJ 08759-6620
518005583      +Continental Service Group, Inc,    200 CrossKeys Office Park,    Fairport, NY 14450-3510
518005584      +Costco Citibank,    P.O. Box 790057,    Saint Louis, MO 63179-0057
518005586     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    P.O. Box 81577,    Austin, TX 78708)
518005589      +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
518005590      +Monmouth Ocean Hospital Service,    4806 Megill Rd,    Neptune, NJ 07753-6926
518005591      +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518005592      +Spruce Lending/Viewtech,    P.O. Box 660250,    Dallas, TX 75266-0250
518005598       Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
518005599      +Wells Fargo Visa,    P.O. Box 522,    Des Moines, IA 50306-0522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518005582      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 23:46:03      Capital One,
                 Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
518005585      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2019 23:45:27      Credit One,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
518005587       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:13      Home Depot,
                 2455 Paces Ferry Rd NW,    Atlanta, GA 30339
518005588      +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 23:40:18      Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
518007759      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:14      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518005593      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:14      Synchrony Bank/HMDS,
                 Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
518005594      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:46:30      Synchrony Bank/Sewing and More,
                 Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
518005595       E-mail/Text: bankruptcy@td.com Apr 03 2019 23:41:18      TD Bank,    Recovery Dept,
                 P.O. Box 9547,    Portland, ME 04112
518005596      +E-mail/Text: birminghamtops@sba.gov Apr 03 2019 23:41:37      US Small Business Administration,
                 801 Tom Martin Drive, Ste 120,    Birmingham, AL 35211-6424
518005597      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:14      Walmart,    Synchrony Bank,
                 P.O. Box 965024,    Orlando, FL 32896-5024
518005581      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:46:28      amazon.com,    Synchrony Bank,
                 P.O. Box 965004,    Orlando, FL 32896-5004
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Apr 03, 2019
                              Form ID: pdf905           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
          rsolarz@kmllawgroup.com
          Steven J. Abelson    on behalf of Debtor Scott T. Rudkin sjaesq@atrbklaw.com,
          atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven J. Abelson    on behalf of Joint Debtor Joanne M. Rudkin sjaesq@atrbklaw.com,
          atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 6