UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                      Case no.:     19-12169

Scott T. Rudkin
Joanne M. Rudkin               Chapter:     7

                                                   Judge:     Ferguson

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
60 Westgate Place, Manchester NJ.

JEANNE A. NAUGHTON, Clerk

Date: 5/1/2019                           By: Gary A. Nau

*rev.2/10/17*