| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Scott T. Rudkin <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1612 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Joanne M. Rudkin <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3343 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–12169–KCF | | |

## Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott T. Rudkin                                    Joanne M. Rudkin

5/17/19                                            **By the court:**  Kathryn C. Ferguson
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-12169-KCF
Scott T. Rudkin                                                  Chapter 7
Joanne M. Rudkin
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin             Page 1 of 2             Date Rcvd: May 17, 2019
                              Form ID: 318            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db/jdb        +Scott T. Rudkin,    Joanne M. Rudkin,    60 Westgate Place,    Manchester, NJ 08759-6620
518005583     +Continental Service Group, Inc,    200 CrossKeys Office Park,    Fairport, NY 14450-3510
518005584     +Costco Citibank,    P.O. Box 790057,    Saint Louis, MO 63179-0057
518005590     +Monmouth Ocean Hospital Service,    4806 Megill Rd,    Neptune, NJ 07753-6926
518005591     +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518005592     +Spruce Lending/Viewtech,    P.O. Box 660250,    Dallas, TX 75266-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 23:56:41       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 23:56:37       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518005582     +EDI: CAPITALONE.COM May 18 2019 03:28:00      Capital One,    Bankruptcy Dept,    P.O. Box 30273,
                Salt Lake City, UT 84130-0273
518005585     +EDI: RCSFNBMARIN.COM May 18 2019 03:28:00      Credit One,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
518005586      EDI: RCSDELL.COM May 18 2019 03:28:00      Dell Financial Services,    P.O. Box 81577,
                Austin, TX 78708
518005587      EDI: RMSC.COM May 18 2019 03:28:00      Home Depot,    2455 Paces Ferry Rd NW,
                Atlanta, GA 30339
518005588     +E-mail/Text: bncnotices@becket-lee.com May 17 2019 23:55:48       Kohl's,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
518005589     +EDI: TSYS2.COM May 18 2019 03:28:00      Macy's,    Bankruptcy Processing,    P.O. Box 8053,
                Mason, OH 45040-8053
518007759     +EDI: RMSC.COM May 18 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518005593     +EDI: RMSC.COM May 18 2019 03:28:00      Synchrony Bank/HMDS,    Bankruptcy Dept,
                P.O. Box 965060,    Orlando, FL 32896-5060
518005594     +EDI: RMSC.COM May 18 2019 03:28:00      Synchrony Bank/Sewing and More,    Bankruptcy Dept,
                P.O. Box 965060,    Orlando, FL 32896-5060
518005595      EDI: TDBANKNORTH.COM May 18 2019 03:28:00      TD Bank,    Recovery Dept,    P.O. Box 9547,
                Portland, ME 04112
518005596     +E-mail/Text: birminghamtops@sba.gov May 17 2019 23:57:07       US Small Business Administration,
                801 Tom Martin Drive, Ste 120,    Birmingham, AL 35211-6424
518005597     +EDI: RMSC.COM May 18 2019 03:28:00      Walmart,    Synchrony Bank,    P.O. Box 965024,
                Orlando, FL 32896-5024
518005598      EDI: WFFC.COM May 18 2019 03:28:00      Wells Fargo Dealer Services,    PO Box 25341,
                Santa Ana, CA 92799-5341
518005599     +EDI: WFFC.COM May 18 2019 03:28:00      Wells Fargo Visa,    P.O. Box 522,
                Des Moines, IA 50306-0522
518005581     +EDI: RMSC.COM May 18 2019 03:28:00      amazon.com,    Synchrony Bank,    P.O. Box 965004,
                Orlando, FL 32896-5004
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 2 of 2             Date Rcvd: May 17, 2019
                              Form ID: 318               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
            Daniel E. Straffi    bktrustee@straffilaw.com,
        G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
        osfs.com
            Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
        G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
        osfs.com
            Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
        rsolarz@kmllawgroup.com
            Steven J. Abelson    on behalf of Debtor Scott T. Rudkin sjaesq@atrbklaw.com,
        atrbk1@gmail.com;r49787@notify.bestcase.com
            Steven J. Abelson    on behalf of Joint Debtor Joanne M. Rudkin sjaesq@atrbklaw.com,
        atrbk1@gmail.com;r49787@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 6

Case 19-12169-KCF    Doc 14    Filed 05/19/19    Entered 05/20/19 00:54:29    Desc Imaged
Certificate of Notice    Page 4 of 4