Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  19−12169−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott T. Rudkin | Joanne M. Rudkin |
| 60 Westgate Place | 60 Westgate Place |
| Manchester, NJ 08759 | Manchester, NJ 08759 |

Social Security No.:
   xxx−xx−1612                                           xxx−xx−3343

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 20, 2019</u>                     <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court